IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**CHARLES SCHWAB & CO., INC.,**

    Petitioner,

vs.                                                  Case No. 1:11-cv-00709 RB/CG

**D VOLLSTEDT & S VOLLSTEDT TTEE,
STEVE OR DEBORAH VOLLSTEDT TRU U/A
DTD 02/12/2004, DEBORAH VOLLSTEDT and
STEVE A VOLLSTEDT,**

    Respondents.

## ORDER ON RESPONDENTS' UNOPPOSED MOTION FOR PAGE LIMIT EXTENSION

THIS MATTER came before the Court on the unopposed motion by respondents Steve A. Vollstedt and Deborah Vollstedt, individually and as trustees of the Steve or Deborah Vollstedt Trust dated February 12, 2004, for an order granting them a five-page extension of LR-CV 7.5's page limit from 24 pages up to 29 pages for their Opposition to Petitioner's Motion for an Order Vacating Arbitration Award.

The Court being sufficiently advised in the premises, it is hereby ordered that the motion shall be and hereby is granted. Respondents have leave to file an opposition not exceeding 29 pages.

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE