IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**CHARLES SCHWAB & CO., INC.,**

    Petitioner,

vs.                                            11-CV-00709 RB/CG

**D VOLLSTEDT & S VOLLSTEDT TTEE,
STEVE OR DEBORAH VOLLSTEDT TRU U/A
DTD 02/12/2004, DEBORAH VOLLSTEDT and
STEVE A VOLLSTEDT,**

    Respondents.

### ORDER ON RESPONDENTS' UNOPPOSED MOTION TO AMEND RESPONDENTS' COUNTERCLAIM FOR MODIFICATION OR CORRECTION OF AWARD

THIS MATTER came before the Court on the unopposed motion by respondents Steve A. Vollstedt and Deborah Vollstedt, individually and as trustees of the Steve or Deborah Vollstedt Trust dated February 12, 2004, for an order granting leave to amend paragraphs 36 and 37 of their Response to Petition to Vacate Arbitration Award and Counterclaim for Modification or Correction of Award. (Doc. 16). Respondents' proposed amended counterclaim accompanied their motion as Exhibit A.

The motion being unopposed and the Court being sufficiently advised in the premises, it is hereby ordered that the motion shall be granted. Respondents shall file the amended counterclaim within three business days after entry of this order.

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE