IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**CHARLES SCHWAB & CO., INC.,**

      Petitioner,

vs.                                                                        No. CIV 11-0709 RB/CEG

**D VOLLSTEDT & S VOLLSTEDT TTEE,
STEVE OR DEBORAH VOLLSTEDT TRU U/A
DTD 02/12/2004, DEBORAH VOLLSTEDT, and
STEVE A. VOLLSTEDT,**

      Respondents.

## JUDGMENT

The Court has entered a Memorandum Opinion and Order of even date. The Court hereby enters this Judgment, pursuant to 9 U.S.C. § 11(a), on behalf of Respondents and against Petitioner, in the following amounts:

    1.    Compensatory damages of $151,715.00;

    2.    Interest on the compensatory damages award of $151,715.00, at the rate of 8% per annum, based on N.M. Stat. Ann. §§ 58-13C-509 and 56-8-4, commencing on April 20, 2011, and continuing until payment in full of this Judgment;

    3.    Attorneys' fees of $144,141.75, based on N.M. Stat. Ann. § 58-13C-509;

    4.    Costs of $27,564.82, which includes $300.00 as reimbursement for the non-refundable portion of the FINRA filing fee.

**IT IS SO ORDERED.**

_____
**ROBERT C. BRACK
UNITED STATES DISTRICT JUDGE**